# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF IOWA
### CEDAR RAPIDS   DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff(s)<br>vs.<br>GARRETT KELSEY,<br>Defendant(s) | **HEARING MINUTES**   Sealed:   No<br>Case No.:   1:19-mj-255-MAR<br>Presiding Judge:   Mark A. Roberts, Magistrate<br>Deputy Clerk:   Paul Coberly<br>Official Court Record:   FTR Gold        Contract?   --<br>Contact Information:                        -- |

| Date: | 7/24/2019 | Start: | 11:33 AM | Adjourn: | 11:47 AM | Courtroom: | 4 | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Recesses: | | -- | | | Time in Chambers: | | -- | | Telephonic? | No |

| Appearances: | Plaintiff(s): | AUSA Richard L. Murphy | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Defendant(s): | AFPD Christopher J. Nathan (Defendant appears personally) | | | | | | |
| | U.S. Probation: | Marcus Perez | | | | | | |
| | Interpreter: | -- | | Language: | -- | Certified: | -- | Phone: | -- |

| **TYPE OF PROCEEDING:** | **INITIAL APPEARANCE:** | X | **AND/OR** | **ARRAIGNMENT:** | | |
|---|---|---|---|---|---|---|

| | | | Contested? | No | Continued from a previous date? | No |
|---|---|---|---|---|---|---|
| | Date of indictment: | | -- | | | |
| | Was defendant *Mirandized*? | Yes | | | | |
| | Defendant pleaded | | -- | | | |
| | Counsel: | Retained: | | or | Appointed: | X | FPD/CJA Panel: | AFPD Christopher J. Nathan |
| | Stipulation to discovery plan? | -- | Did defendant provide financial affidavit? | No | | |
| | Did the government move for detention? | | Yes | Was the defendant detained? | Yes | |
| | Detention hearing: | 7/26/2019 **3:30 PM** | | | | |
| | Trial date: | -- | | | | |
| | Motions deadline: | -- | | | | |
| | Plea notice/status report: | -- | | | | |
| | Government status report: | -- | | | | |
| | Plea entry deadline: | -- | | | | |
| | **Witness/Exhibit List is** | N/A | | | | |

The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing.  Pub. Admin. Order 09-AO-03-P (5/29/09) ¶7.

| **Miscellaneous:** | Case arises out of the Southern District of New York, case number 19-mj-6651.<br><br>Defendant ordered to appear at the United States District Court for the Southern District of New York (500 Pearl Street, New York NY 1000) on 7/31/2019 at 9:00 AM.<br><br>Defendant waives his right to an identity hearing.<br><br>Defendant waive his right to a preliminary and detention hearing in this district, but reserves his right to request those hearings in the Southern District of New York.<br><br>Mr. Murphy requests detention of the defendant until the pre-trial services report is filed.  If release appears appropriate, the government would seek a $50,000 personal recognizance bond with two (2) co-signers, a travel restriction that only allows travel between the Northern District of Iowa and Southern District of New York, a condition that the defendant surrender all travel documents, that he have no contact with the victim organization, that he |
|---|---|

| | | be required to report to the pre-trial services as directed, maintain an address and employment in this district, and that he report to the Southern District of New York as directed. |
|---|---|---|