# UNITED STATES DISTRICT COURT
for the
Northern District of Iowa

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 19-mj-255-MAR |
| Garrett Kelsey | ) | |
| | ) | |
| *Defendant* | ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| | |
|---|---|
| Place: US District Courthouse<br>111 7th Avenue SE; Courtroom 4<br>Cedar Rapids, IA 52401 | Courtroom No.: 4 |
| | Date and Time: 7/26/19 3:30 pm |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: 07/24/2019

_____
*Judge's signature*

Mark A. Roberts, Magistrate Judge
_____
*Printed name and title*