# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
## CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff(s) vs. GARRETT KELSEY, Defendant(s) | **HEARING MINUTES**  Sealed: No<br>Case No.: 1:19-mj-255-MAR<br>Presiding Judge: Mark A. Roberts, Magistrate<br>Deputy Clerk: Paul Coberly<br>Official Court Record: FTR Gold   Contract? --<br>Contact Information: -- |

| Date: | 7/26/2019 | Start: | 3:28 PM | Adjourn: | 3:51 PM | Courtroom: | 4 | | |
|---|---|---|---|---|---|---|---|---|---|
| Recesses: | -- | | | Time in Chambers: | -- | | | Telephonic? | No |

| Appearances: | Plaintiff(s): | AUSA Dan Chatham | | | | | |
|---|---|---|---|---|---|---|---|
| | Defendant(s): | AFPD Christopher J. Nathan (Defendant appears personally) | | | | | |
| | U.S. Probation: | Marcus Perez | | | | | |
| | Interpreter: | -- | Language: | -- | Certified: | -- | Phone: -- |

**TYPE OF PROCEEDING:** DETENTION  X  REVOCATION     PRELIMINARY EXAMINATION

Contested? No   Continued from a previous date? No

| Moving party: | Plaintiff | |
|---|---|---|
| Nature of proceedings: | Ruling: | |
| Review of detention or conditions | X | Defendant released under the terms/conditions of the court's release order. |
| Review of pre-trial release | | |
| Review of supervised release | | |
| Preliminary examination | | |
| **Witness/Exhibit List is** | N/A | |

The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing. Pub. Admin. Order 09-AO-03-P (5/29/09) ¶7.

**Miscellaneous:** Mr. Chatham informs the court that the government is no longer seeking detention of the defendant.